**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

|  |  |
|---|---|
| Sukhwinder Singh,<br><br>    Petitioner,<br><br>v.<br><br>Eric H. Holder, et. al.,<br><br>    Respondents. | No. 13-CV-00166-PHX-PGR (MHB)<br><br><br>**ORDER** |

Before the Court is the Report and Recommendation of Magistrate Judge Burns (Doc. 18), recommending that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) be dismissed as moot.

In his habeas petition Petitioner claimed that under *Zadvydas v. Davis*, 533 U.S. 678 (2001), his detention without a bond hearing for more than six months following the entry of a final order of removal was unlawful. On August 8, 2013, Respondents filed a Notice to Court and Suggestion of Mootness indicating that Petitioner was released from custody on July 17, 2013. (Doc. 16, Ex. 1.)

Magistrate Burns ordered Petitioner to show cause why the action should not be dismissed as moot. Petitioner did not respond. Magistrate Judge Burns, having concluded that the relief requested in Petitioner's habeas petition had been granted, recommended the petition be dismissed. Petitioner did not object to the Report and Recommendation.

Accordingly,

     IT IS HEREBY ORDERED that the Magistrate Judge's Report and Recommendation (Doc. 18) is ACCEPTED and ADOPTED by the Court.

     IT IS FURTHER ORDERED that Petitioner's Petition for Writ of Habeas Corpus (Doc. 1) is DISMISSED as MOOT and without prejudice.

     DATED this 2nd day of December, 2013.

*[signature]*

Paul G. Rosenblatt
United States District Judge